# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAOLA PAZYMINO,<br>*individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>TRANSWORLD SYSTEMS INC., and JOHN DOES 1 to 10,<br><br>Defendant. | Civil Action No. 2:18-cv-15829-KSH-SCM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action without prejudice and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

DATED: October 1, 2020

*s/Yongmoon Kim*
Yongmoon Kim

SESSIONS FISHMAN NATHAN & ISRAEL
Attorneys for Defendant

DATED: October 1, 2020

*s/Aaron R. Easley*
Aaron R. Easley

DATED: /0/, / 20

SO ORDERED:

Katharine S. Hayden , U.S.D.J.